# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:18-CV-00076-FDW-DSC

| | |
|---|---|
| UNITY OPTO TECHNOLOGY CO., LTD., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| LOWE'S HOME CENTERS, LLC et. al., | )<br>) |
| Defendants. | ) |

**THIS MATTER** is before the Court on Defendants' "Motion to Stay Pending Re-examination Requests of the Asserted Patents" (document #51) and the parties' briefs and exhibits.

The Court has carefully reviewed the parties' arguments, authorities and the record. For the reasons stated in Plaintiff's brief, document #53, the Motion is <u>denied</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel, <u>and to the Honorable Frank D. Whitney</u>.

**SO ORDERED**.

Signed: July 30, 2018

_____
David S. Cayer
United States Magistrate Judge