# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
Case No. 5:18-cv-00076-FDW-DSC

| | |
|---|---|
| UNITY OPTO TECHNOLOGY CO., LTD.<br><br>Plaintiff,<br><br>v.<br><br>LOWE'S HOME CENTERS, LLC and<br>L G SOURCING, INC.<br><br>Defendants. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the "Motion for Admission Pro Hac Vice and Affidavit [for Brian Saunders]" (document #60). For the reasons stated therein, the Court will <u>grant</u> the Motion.

<u>All counsel are advised that local counsel must sign all documents submitted to the Court and as such are accountable for the substance of such submissions under Rule 11 of the Federal Rules of Civil Procedure.</u>

**SO ORDERED**.

Signed: August 30, 2018

David S. Cayer
United States Magistrate Judge