# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
## DOCKET NO. 5:18-CV-00076-FDW-DSC

| | |
|---|---|
| UNITY OPTO TECHNOLOGY CO., LTD. | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | )      **ORDER**<br>) |
| LOWE'S HOME CENTER, LLC and L G SOURCING, INC., | )<br>)<br>) |
| Defendants. | )<br>)<br>) |

THIS MATTER is before the Court following a hearing in this matter on April 2, 2019, whereby the Court, *sua sponte*, reconsidered its prior order denying Defendants' Second Motion to Stay Pending Reexamination of the Asserted Patents (Doc. No. 65). For the reasons stated in open court, the Court reconsiders its ruling on the motion, GRANTS the motion (Doc. No. 65), and STAYS THE CASE. The parties are directed to file a jointly-prepared status report every 90 days from the date of this Order so that the Court may be informed as to the status of the Reexamination of the Asserted Patents.

IT IS SO ORDERED.

Signed: April 2, 2019

Frank D. Whitney
Chief United States District Judge