# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:18-CV-00076-KDB-DSC

| | |
|---|---|
| UNITY OPTO TECHNOLOGY CO. LTD., )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>LOWE'S HOME CENTERS LLC AND )<br>L G SOURCING INCORPORATED, )<br>)<br>**Defendants.** ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion for Admission *Pro Hac Vice* and Affidavit [for Elizabeth H. Radar]" (document #76) filed March 16, 2020. For the reasons set forth therein, the Motion will be granted

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel, and to the Honorable Kenneth D. Bell.

**SO ORDERED**.

Signed: March 18, 2020

David S. Cayer
United States Magistrate Judge